UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY HOWARD,<br><br>            Plaintiff,<br><br>   v.<br><br>MARY C. DALY, et al.,<br><br>            Defendants. | No.  2:20-cv-01808-JAM-AC<br><br><br><br>ORDER |

Plaintiff, who is proceeding in pro se, has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  ECF No. 2.

The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

In this case, all defendants are located in San Francisco, California.  The defendants are each employed by the Federal Reserve Bank of San Francisco. ECF No. 1 at 6.  Though the contents of plaintiff's complaint are convoluted, plaintiff appears to take issue with the existence

1

of the federal reserve bank system.  Id. at 1-10.  Thus, a substantial part of the claims occurred, to the extent they occurred anywhere, in San Francisco.  Therefore, plaintiff's claim should have been filed in the United States District Court for the Northern District of California.  In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

    Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

DATED: September 17, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE